**Order entered April 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00930-CR

**ALICE ANNETTE STEELE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F-0845120-M**

## ORDER

Appellant's April 23, 2014 second motion for extension of the time to file appellant's brief is **GRANTED**.  The time to file appellant's brief is **EXTENDED** to **May 30, 2014**.

/s/  DAVID EVANS
    JUSTICE